CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CO-932
Rev. 4/96

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Case: 1:07-cv-01515
Assigned To : Friedman, Paul L.
Assign. Date : 8/24/2007
Description: Antitrust

JURY
ACTION

**NOTICE TO PARTIES:**

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit th. related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

**NOTICE TO DEFENDANT:**

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff , defendant or counsel must complete the following:

I.      **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

A new case is deemed related to a case pending in this or another U.S. Court if the new case:  [Check appropriate box(es) below.]

|   | | |
|---|---|---|
| ☐ | (a) | relates to common property |
| ☒ | (b) | involves common issues of fact |
| ☒ | (c) | grows out of the same event or transaction |
| ☐ | (d) | involves the validity or infringement of the same patent |
| ☐ | (e) | is filed by the same pro se litigant |

2.      **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)**

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

Check box if new case is related to a dismissed case:  ☐

3.      NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

**Multiple Courts - See Attachment**
_____

4.      CAPTION AND CASE NUMBER OF RELATED CASE(E·S).  IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

**Multiple Claims - See Attachment**
_____ v. _____ C.A. No. _____

_8-24-07_
DATE

_Signature of Plaintiff /Defendant (or counsel)_

2

# DESIGNATION OF RELATED CASES

## District of Columbia

*Dakota Granite Company v. Association of American Railroads, et al.*
Case No. 07-cv-1078 (D.D.C.) (filed June 15, 2007) (Hon. Paul L. Friedman);

*McIntyre Group, Ltd. v. Association of American Railroads, et al.*
Case No. 07-cv-1101 (D.D.C.) (filed June 19, 2007) (Hon. Paul L. Friedman);

*GVL Pipe & Demolition, Inc. v. Association of American Railroads, et al.*
Case No. 07-cv-1119 (D.D.C.) (filed June 21, 2007) (Hon. Paul L. Friedman);

*Ferraro Foods of North Carolina, LLC v. Association of American Railroads, et al.*
Case No. 07-cv-1121 (D.D.C.) (filed June 22, 2007) (Hon. Paul L. Friedman);

*Strates Shows, Inc. v. Association of American Railroads, et al.*
Case No. 07-cv-1127 (D.D.C.) (filed June 25, 2007) (Hon. Paul L. Friedman);

*Sublette Cooperative, inc. v. Association of American Railroads, et al.*
Case No. 07-cv-1126 (D.D.C.) (filed June 25, 2007) (Hon. Paul L. Friedman);

## Eastern District of Pennsylvania

*Quality Refractories Installation, Inc., d/b/a American Refractory Products v. Ass'n. of American Railroads, et al.*
Case No. 07-cv-2657 (filed June 25, 2007) (Hon Cynthia M. Rufe);

*Nizhnkeamsknefiekhim USA, Inc. v. CSX Transportation, Inc., et al.*
Case No. 07-cv-2809 (filed July 10, 2007) (Hon Cynthia M. Rufe);

## Northern District of Alabama (Western)

*West Alabama Sand & Gravel, Inc., v. CSX Transportation Inc., et al.*
Case No. 07-cv-1191 (filed June 27, 2007) (Hon. L. Scott Coogler);

## Middle District of Florida

*Cedar Farms Co, Inc., v. CSX Transportation, Inc., et al.*
Case No. 07-cv-557 (filed June 21, 2007) (Hon. Timothy J. Corrigan);

## District of New Jersey

*Dust Pro, Inc. v. CSX Transportation, Inc., et al.*
Case No. 07-cv-2251 (D.N.J.) (filed May 14, 2007) (Hon. Dennis M. Cavanaugh);

*Isaac Industries, Inc. v. CSX Transportation, Inc., et al.*
Case No. 07-cv-2289 (D.N.J.) (filed May 15, 2007) (Hon. Dennis M. Cavanaugh);

*Bar-Ale Inc., v. CSX Transportation, Inc., et al.*
Case No. 07-cv-2769 (D.N.J.) (filed June 14, 2007) (Hon. Dennis M. Cavanaugh);

*United Co-Operative Farmers, Inc. v. CSX Transportation, Inc., et al.*
No. 07-cv-2832 (D.N.J.) (filed June 18, 2007) (Hon. Dennis M. Cavanaugh);

## Northern District of Illinois

*Dad's Procuts Company, Inc. v. BNSF Railway Co., et al.*
Case No. 07-cv-2954 (N.D. Ill.) (filed May 25, 2007) (Hon. Samuel Der-Yeghiayan);

*Zinifex Taylor Chemical, Inc. v. CSX Transportation, Inc., et al.*
Case No. 07-cv-3274 (filed June 11, 2007) (Hon. James F. Holderman).