CO-386-online
10/03

# United States District Court
# For the District of Columbia

Donnelly Commodities, Inc., on behalf )
of itself and all others similarly situated )
)
                Plaintiff )
      vs )
)
Association of American Railroads, et )
al. )
)
                Defendant )

Case: 1:07-cv-01515
Assigned To : Friedman, Paul
Assign. Date : 8/24/2007
Description: Antitrust

**JURY ACTION**

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Donnelly Commodities, Inc.,__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Donnelly Commodities, Inc.,__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

DC #130724
BAR IDENTIFICATION NO.

Barry J. Nace
Print Name

1615 New Hampshire Ave., NW, Third Floor
Address

Washington, DC          20009
City      State      Zip Code

(202) 463-1999
Phone Number