IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNELLY COMMODITIES, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>ASSOCIATION OF AMERICAN RAILROADS, UNION PACIFIC RAILROAD COMPANY, BNSF RAILWAY COMPANY, CSX TRANSPORTATION, INC., NORFOLK SOUTHERN RAILWAY COMPANY, AND KANSAS CITY SOUTHERN RAILWAY COMPANY,<br><br>　　　　　　　　　Defendants. | Civil Action No. 07-cv-01515 (PLF) |

## STIPULATION AND AGREED ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for defendants and plaintiff, as follows:

WHEREAS at least 26 actions raising similar allegations as those made in the complaint herein have been filed in various jurisdictions, including this one, and motions have been filed with the Judicial Panel on Multidistrict Litigation ("Panel") to consolidate and transfer all such actions before a single court; and

WHEREAS, the Judicial Panel on Multidistrict Litigation held oral argument on the motions to consolidate and transfer these actions and related actions for September 27, 2007; and

WHEREAS plaintiff and defendants agree that, in the interest of judicial economy, defendants need not answer or otherwise respond to the complaint in this matter until a decision has been rendered by the Panel on the pending consolidation and transfer motions;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, subject to the Court's approval:

1. The time within which all defendants are to move, answer, or otherwise plead in response to the complaint in this action is extended until after the Panel consolidates this case and other similar cases and the transferee Court establishes a scheduling order for responses.

2. The defendants' entry into this stipulation shall not constitute a waiver of any defense, including but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue. The defendants expressly reserve their right to raise all defenses in response to the complaint herein and any subsequent amended complaint which may be filed.

3. For the purpose of this action only, defendants agree that defense counsel designated below for each defendant is authorized to accept service of the complaint filed herein on behalf of the defendant represented by each such counsel.

4. In the event defendants answer or otherwise respond to the complaint in a similar action at an earlier date in another jurisdiction, defendants shall file their answer or otherwise respond to the complaint in this action by the same date as in the other similar action.

_____
Barry J. Nace
PAULSON & NACE
1615 New Hampshire Avenue, NW
Washington, DC 20009-2520
(202) 463-1999

_____
Richard J. Favretto (D.C. Bar #156588)
Mark W. Ryan (D.C. Bar #359098)
Gary A. Winters (D.C. Bar #439376)
MAYER BROWN LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3000
*Attorneys for Defendant BNSF Railway Company*

Bruce L. Simon
Esther L. Klisura
PEARSON, SIMON, SOTER,
  WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
(415) 433-9000

Clifford H. Pearson
Gary S. Soter
Daniel L. Warshaw
PEARSON, SIMON, SOTER,
  WARSHAW & PENNY, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
(818) 788-8300

Thomas V. Girardi
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
(213) 977-0211

*Attorneys for Plaintiff Donnelly Commodities, and the Proposed Class*

Richard McMillan, Jr. (D.C. Bar # 169946)
Kent A. Gardiner (D.C. Bar # 432081)
Kathryn D. Kirmayer (D.C. Bar # 424699)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 624-2500

*Attorneys for Defendant CSX Transportation, Inc.*

Alan Wiseman (D.C. Bar #187972)
Joseph A. Ostoyich (D.C. Bar #436157)
HOWREY LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
(202) 783-0800

Tyrone Childress
David G. Meyer
HOWREY LLP
550 South Hope Street
Suite 1100
Los Angeles, CA 90071

*Attorneys for Defendant Union Pacific Railroad Company*

John M. Nannes (D.C. Bar #195966)
Tara L. Reinhart
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7500

*Attorneys for Defendant Norfolk Southern Railway Company*

3

Reid L. Ashinoff (D.C. Bar # 949180)
Michael S. Gugig
SONNENSCHEIN, NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6730

*Attorneys for Defendant Kansas City Southern Railway Company*

Mark Leddy
David I. Gelfand
CLEARY, GOTTLIEB, STEEN & HAMILTON
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 974-1500

*Attorneys for American Association of Railroads*

Dated: October 19, 2007


SO ORDERED this ___ day of _____, 2007


_____
United States District Judge